Certificate Number: 15317-NJ-DE-031231228

Bankruptcy Case Number: 18-21262



15317-NJ-DE-031231228

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 25, 2018</u>, at <u>12:09</u> o'clock <u>PM PDT</u>, <u>Karen Lambert</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>June 25, 2018</u>          By:   <u>/s/Jerry Fajardo</u>

                                    Name:  <u>Jerry Fajardo</u>

                                    Title:  <u>Counselor</u>