| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 814329 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> 856-813-5500 <br> Attorneys for DITECH FINANCIAL LLC | |
| In Re: <br><br> KAREN LAMBERT A/K/A KAREN LEESE | Case No: 18-21262 - MBK <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>DITECH FINANCIAL LLC</u> with regards to its mortgage. Said Mortgage was recorded on April 12, 2005, Book 3968, Page 320 on the real property, located at 259 SILVER LAKE ROAD, BLAIRSTOWN, NJ 07825 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: September 7, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com