UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Lavery & Sirkis, Esq.
Joan Sirkis Warren
699 Washington Street, Suite 103
Hackettstown, NJ 07840
908-850-6161
Attorney for Debtor, Karen Lambert

Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen Lambert

Case No.:    18-21262

Chapter:    13

Judge:    Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____07/11/18_____ :

Property:   259 Silver Lake Road, Blairstown, NJ

Creditor:   Bank of America

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __December 26, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*