# LAVERY & SIRKIS

ATTORNEYS AT LAW

699 WASHINGTON STREET, Suite 103

HACKETTSTOWN, NEW JERSEY 07840

(908)-850-6161

FAX (908)-852-7423

JOAN S. WARREN

---

October 11, 2018

Karen Lambert
Case#18-21262

Dear Bankruptcy Court Clerk:

I would like to withdraw docket # 23.

If you have any questions, please feel free to contact me.

Sincerely,

*[signature]*
Joan Sirkis Warren

JSW/kc