```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
_____

Lavery & Sirkis, Esquires
699 Washington Street, Suite 103
Hackettstown, NJ 07840
908-850-6161
Attorneys for Debtor, Karen Lambert
Joan Sirkis Warren, Esq.
ID#JW4841
```

In Re:

Karen Lambert

Case No.: 18-21262

Chapter: 13

Judge: MBK

## AMENDED
## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____259 Silver Lake Road, Blairstown, NJ_____

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1. and VII.B.

Creditor _____Ditech_____ Amount: $ ___$1410.30___ Due date: ___July 1, 2018___

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 10/23/18 _____         /s/ Karen Lambert _____
                                        Debtor

Date: _____                    _____
                                        Joint Debtor (if any)

**Debtor Information:**

Print full name: Karen Lambert

Mailing address: 259 Silver Lake Road, Blairstown, NJ

Telephone number: _____

Email address (if any): _____

**Debtor's Attorney Information:**

Name: Joan Sirkis Warren

Address: 699 Washington Street, Suite 103, Hackettstown, NJ 07840

Telephone number: 908-850-6161        Fax number: 908-852-7423

**Creditor Information: (if known)**

Name: Ditech Financial LLC

Address: PO Box 6154, Rapid City, SD 57708-6154

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Phelan Hallinan Diamond & Jones

Address: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Pursuant to Section V. A. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*NEW.8-1-11*