| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>814329<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for DITECH FINANCIAL LLC | |
|---|---|
| In Re:<br><br>Karen Lambert A/k/a Karen Leese | Case No: 18-21262 - MBK<br><br>Hearing Date: January 8, 2019<br><br>Judge: Michael B Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents DITECH FINANCIAL LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 26, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 26, 2018            /s/ *Brandon Johnson*
                                                            Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karen Leese<br>259 Silver Lake Road, Blairstown, NJ 07825 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Joan Sirkis Warren, Esquire<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ 07840 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.