| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** 814329 PHELAN HALLINAN DIAMOND & JONES, PC 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103 856-813-5500 Attorneys for DITECH FINANCIAL LLC | |
|---|---|
| In Re: KAREN LAMBERT A/K/A KAREN LEESE | Case No:  18-21262 - MBK Judge:  MICHAEL B KAPLAN Chapter:  13 |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Phelan Hallinan Diamond & Jones, PC,</u> will be substituted as attorney of record for secured creditor DITECH FINANCIAL LLC in this case.[1]

Date:   01/09/2019                                    /s/ CRAIG KEISER
                                                      Signature of Attorney

Date:   01/09/2019                                    /s/ Andrew Spivack
                                                      Andrew Spivack, Esq.
                                                      Superseding Attorney
                                                      Andrew Spivack, Esq.
                                                      Phelan Hallinan & Diamond, PC
                                                      1617 JFK Boulevard, Suite 1400
                                                      Philadelphia, PA 19103
                                                      Tel: 856-813-5500 Ext. 1566
                                                      Fax: 856-813-5501
                                                      Email:
                                                      andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

814329
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for DITECH FINANCIAL LLC

In Re:

Karen Lambert A/k/a Karen Leese

Case No:  18-21262 - MBK

Hearing Date: _____

Judge:  MICHAEL B KAPLAN

Chapter:  13

## CERTIFICATION OF SERVICE

1.  I, Brandi Brown:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC,
who represents DITECH FINANCIAL LLC in the above captioned matter.

☐ am the _____ in the above case and am representing
myself.

2.  On January 9, 2019 I sent a copy of the following pleadings and/or
documents to the parties listed below:

Substitution of Attorney

3.  I hereby certify under penalty of perjury that the above documents were sent
using the mode of service indicated.

Dated:  January 9, 2019 _____        /s/  *Brandi Brown* _____
                                                          Brandi Brown

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karen Leese<br>259 Silver Lake Road, Blairstown, NJ 07825 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Joan Sirkis Warren, Esquire<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ 07840 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.