UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

814329
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for DITECH FINANCIAL LLC

In Re:

KAREN LAMBERT A/K/A KAREN LEESE

Order Filed on January 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-21262 - MBK

Hearing Date: January 8, 2019

Judge: MICHAEL B KAPLAN

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 8, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | DITECH FINANCIAL LLC |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | JOAN SIRKIS WARREN, Esquire |
| Property Involved ("Collateral"): | 259 SILVER LAKE ROAD, BLAIRSTOWN, NJ 07825 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 5 months, from 08/01/2018 to 12/01/2018.

   ☒ The Debtor is overdue for 5 payments at $1,941.76 per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   ☒ Applicant acknowledges suspense funds in the amount of $878.84.

   Total Arrearages Due $8,829.96.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of $4,230.90. Payment shall be made no later than 12/31/2018.

   ☒ Beginning on 01/01/2019, regular monthly mortgage payments shall continue to be made.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☒ The amount of $4,599.06 shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

Ditech Financial LLC
PO Box 94710
Palatine, IL 60094

☒ Regular Monthly payment:

Ditech Financial LLC
PO Box 94710
Palatine, IL 60094

☐ Monthly cure payment:

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

    The fees and costs are payable:

    ☐ Through the Chapter 13 plan.  These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

    ☐ to the Secured Creditor within _____ days.

    ☐ Attorneys' fees are not awarded.

6. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

Case 18-21262-MBK    Doc 54    Filed 01/12/19    Entered 01/13/19 00:35:34    Desc Imaged
                         Certificate of Notice    Page 5 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21262-MBK
Karen Lambert                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jan 10, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db             +Karen Lambert,    259 Silver Lake Road,    Blairstown, NJ 07825-4016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                              Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE
               NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Karen  Lambert joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    HE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., et al kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Loss Mitigation    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rosemarie Diamond    on behalf of Loss Mitigation    DITECH FINANCIAL LLC miguel.zavala@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11