| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-21262 / MBK**

Karen Lambert

Petition Filed Date: 06/04/2018
341 Hearing Date: 07/12/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/16/2018 | $290.00 | 52049 | 08/28/2018 | $145.00 | 51858280 | 10/01/2018 | $575.00 | 52780820 |
| 10/01/2018 | ($575.00) | 52780820 | 10/02/2018 | $575.00 | 52780820 | 11/01/2018 | $575.00 | 53581970 |
| 11/30/2018 | $575.00 | 54282840 | 12/31/2018 | $575.00 | 55073760 | | | |

**Total Receipts for the Period: $2,735.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,735.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Karen Lambert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ. | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |
| | | No Disbursements: No Check | | | |
| 1 | DITECH FINANCIAL LLC. | Mortgage Arrears | $57,584.87 | $0.00 | $0.00 |
| | »»  P/259 SILVER LAKE ROAD./2ND MTG | | | | |
| 2 | THE BANK OF NEW YORK MELLON | Mortgage Arrears | $28,581.84 | $0.00 | $0.00 |
| | »»  P/259 SILVER LAKE ROAD./1ST MTG | | | | |
| 3 | DITECH FINANCIAL LLC. | Mortgage Arrears | $4,599.06 | $0.00 | $0.00 |
| | »»  259 SILVER LAKE ROAD/ORDER 1/8/19 | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,735.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $575.00 |
| Paid to Trustee: | $189.28 | Arrearages: | $0.00 |
| Funds on Hand: | $2,545.72 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**