| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ 07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, Karen Lambert a/k/a Karen Leese | Order Filed on June 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Karen Lambert a/k/a Karen Leese | Case No.: 18-21262<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

## ORDER AUTHORIZING THE MODIFICATION OF
## THE DEBTORS MORTGAGE PAYMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 26, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Karen Lambert a/k/a Karen Leese

Case #18-21262

Caption of Order:  Order Approving Modification of Mortgage Payment

---

The following order is hereby entered:

Upon consideration of debtor(s) motion for an order approving modification of mortgage payment for property located at 259 Silver Lake Road, Blairstown, NJ, it is hereby ORDERED that:

1. The debtor(s)'s application to enter into a mortgage modification is hereby approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. The Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen Lambert  
    Debtor

Case No. 18-21262-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
db             +Karen Lambert,    259 Silver Lake Road,    Blairstown, NJ 07825-4016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE
               NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Karen  Lambert joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    HE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., et al kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Loss Mitigation    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rosemarie  Diamond    on behalf of Loss Mitigation    DITECH FINANCIAL LLC miguel.zavala@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```