**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: **KAREN LAMBERT**　　　　　　　　　　　　　　　　CASE NO.: **18-21262-MBK**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| New Residential Mortgage LLC | Ditech Financial LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Last Four Digits of Acct #: 6712

Court Claim # (if known): 1-2
Amount of Claim: $76,057.56
Date Claim Filed: 10/25/2019

Phone: (888) 298-7785
Last Four Digits of Acct #: 1143

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Aleisha Jennings*　　　　　　　　　　　　　　Date: January 10, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: **KAREN LAMBERT**                                                         CASE NO.: **18-21262-MBK**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 10, 2020</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Karen Lambert
259 Silver Lake Road
Blairstown, NJ 07825

And via electronic mail to:

Joan Sirkis Warren
Lavery & Sirkis
699 Washington St
Suite 103
Hackettstown, NJ 07840


Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                                   RAS CRANE LLC
                                                                   Authorized Agent for Secured Creditor
                                                                   10700 Abbott's Bridge Road, Suite 170
                                                                   Duluth, GA 30097
                                                                   Telephone: 470-321-7112
                                                                   Facsimile: 404-393-1425

                                                                   By: <u>/s/ Nina Hassen</u>
                                                                   Email: nhassen@rascrane.com