Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Karen Lambert            ,    Case No.  18-21262

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on            1/10/2020            .

| Ditech Financial, LLC | New Residential Mortgage LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| P.O. Box 12740 | PO Box 10826 |
| Tempe, AZ 85284-0046 | Greenville, SC 29603-0826 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 1/14/2020

Jeanne A. Naughton
**CLERK OF THE COURT**