| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-21262 / MBK**

Karen Lambert

Petition Filed Date: 06/04/2018
341 Hearing Date: 07/12/2018
Confirmation Date: 01/22/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | $575.00 | 55869720 | 02/19/2019 | $115.00 | 56338700 | 03/07/2019 | $690.00 | 56858720 |
| 04/01/2019 | $690.00 | 57491570 | 05/28/2019 | $690.00 | 58904400 | 06/18/2019 | $690.00 | 59476620 |
| 07/25/2019 | $690.00 | 60391660 | 08/23/2019 | $690.00 | 61169740 | 09/27/2019 | $690.00 | 62041980 |
| 10/29/2019 | $690.00 | 62815780 | 12/03/2019 | $690.00 | 63646950 | 12/27/2019 | $690.00 | 64301380 |

**Total Receipts for the Period:  $7,590.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,015.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen Lambert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  P/259 SILVER LAKE RD/ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | THE BANK OF NEW YORK MELLON<br>»»  P/259 SILVER LAKE RD/2ND MTG | Mortgage Arrears | $28,581.84 | $6,633.04 | $21,948.80 |
| 3 | NEW RESIDENTIAL MORTGAGE, LLC<br>»» P\259 SILVER LAKE ROAD/1ST MRTG/ORDER 1/8/19/DITECH | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $4,599.06 | $342.47 | $4,256.59 |

**Chapter 13 Case No. 18-21262 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,015.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,975.51 | Current Monthly Payment: | $690.00 |
| Paid to Trustee: | $674.35 | Arrearages: | $690.00 |
| Funds on Hand: | $1,365.14 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**