| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, Karen Lambert a/k/a Karen Leese | Order Filed on February 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Karen Lambert a/k/a Karen Leese | Case No.:  18-21262<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Michael B. Kaplan |

## ORDER TO VACATE ORDER RESOLING MOTION FOR RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED:

**DATED: February 26, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  Karen Lambert a/k/a Karen Leese

Case #18-21262

Caption of Order:  Order to vacate order resolving motion for relief

---

The following order is hereby entered:

    Upon consideration of debtor(s) motion for an order vacating consent order resolving motion for relief, it is hereby ORDERED that:

    1.   Order Resolving Motion for Relief from stay entered January 8, 2019 is hereby vacated.