| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, Karen Lambert a/k/a Karen Leese | Order Filed on February 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Karen Lambert a/k/a Karen Leese | Case No.: 18-21262<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

### ORDER TO VACATE ORDER RESOLING MOTION FOR RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED:

**DATED: February 26, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-21262-MBK    Doc 71    Filed 03/01/20    Entered 03/02/20 00:38:17    Desc Imaged
Certificate of Notice    Page 2 of 3

**(Page 2)**

Debtor:  Karen Lambert a/k/a Karen Leese

Case #18-21262

Caption of Order:  Order to vacate order resolving motion for relief

---

The following order is hereby entered:

    Upon consideration of debtor(s) motion for an order vacating consent order resolving motion for relief, it is hereby ORDERED that:

    1.    Order Resolving Motion for Relief from stay entered January 8, 2019 is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen Lambert  
    Debtor

Case No. 18-21262-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.  
db          +Karen Lambert,    259 Silver Lake Road,    Blairstown, NJ 07825-4016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC  
            ajennings@rasflaw.com  
           Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
           Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
            SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE  
            NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Joan Sirkis Warren    on behalf of Debtor Karen    Lambert joan@joanlaverylaw.com  
           Kevin Gordon McDonald    on behalf of Creditor    HE BANK OF NEW YORK MELLON FKA THE BANK OF NEW  
            YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., et al kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Loss Mitigation    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
           Robert    Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
           Rosemarie    Diamond    on behalf of Loss Mitigation    DITECH FINANCIAL LLC miguel.zavala@fedphe.com  
           Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,  
            nj.bkecf@fedphe.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 14