| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 18-21262 / MBK

Karen Lambert

Petition Filed Date: 06/04/2018
341 Hearing Date: 07/12/2018
Confirmation Date: 01/22/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $690.00 | 64629440 | 02/27/2020 | $690.00 | 65904480 | 03/30/2020 | $690.00 | 66729530 |
| 04/24/2020 | $690.00 | 67370570 | 05/29/2020 | $690.00 | 68195320 | 07/01/2020 | $690.00 | 69084980 |
| 08/03/2020 | $690.00 | 69839200 | 08/28/2020 | $690.00 | 70407060 | 09/28/2020 | $690.00 | 71164830 |
| 10/30/2020 | $690.00 | 71919970 | 11/16/2020 | $690.00 | 72375640 | 01/04/2021 | $690.00 | 73425970 |
| 01/27/2021 | $690.00 | 74074730 | | | | | | |

**Total Receipts for the Period: $8,970.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $19,295.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Karen Lambert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ. »» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | NEW RESIDENTIAL MORTGAGE, LLC »» P\259 SILVER LAKE RD/ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | THE BANK OF NEW YORK MELLON »» P\259 SILVER LAKE RD/2ND MTG | Mortgage Arrears | $28,581.84 | $14,281.32 | $14,300.52 |
| 3 | NEW RESIDENTIAL MORTGAGE, LLC »» P\259 SILVER LAKE ROAD/1ST MRTG/DITECH/ORDER 1/8/19 VACATED 2/26/20 | Mortgage Arrears | $342.47 | $342.47 | $0.00 |

**Chapter 13 Case No. 18-21262 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,295.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $16,623.79 | Current Monthly Payment: | $690.00 |
| Paid to Trustee: | $1,375.39 | Arrearages: | $690.00 |
| Funds on Hand: | $1,295.82 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**