| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-21262 / MBK**

Karen Lambert

Petition Filed Date: 06/04/2018
341 Hearing Date: 07/12/2018
Confirmation Date: 01/22/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $690.00 | 73425970 | 01/27/2021 | $690.00 | 74074730 | 02/25/2021 | $690.00 | 74766350 |
| 03/29/2021 | $690.00 | 75564670 | 04/30/2021 | $690.00 | 76321490 | 06/01/2021 | $690.00 | 77015490 |
| 06/29/2021 | $690.00 | 77737820 | 07/29/2021 | $690.00 | 78411280 | 08/26/2021 | $690.00 | 79039470 |
| 09/29/2021 | $690.00 | 79779270 | 10/29/2021 | $690.00 | 80445820 | 11/29/2021 | $690.00 | 81105450 |
| 12/30/2021 | $690.00 | 81759720 | 01/31/2022 | $690.00 | 82446720 | | | |

**Total Receipts for the Period:  $9,660.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karen Lambert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  P/259 SILVER LAKE RD/ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | THE BANK OF NEW YORK MELLON<br>»»  P/259 SILVER LAKE RD/2ND MTG | Mortgage Arrears | $28,581.84 | $22,602.72 | $5,979.12 |
| 3 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  P\259 SILVER LAKE ROAD/1ST MRTG/DITECH/ORDER 1/8/19 VACATED 2/26/20 | Mortgage Arrears | $342.47 | $342.47 | $0.00 |

**Chapter 13 Case No. 18-21262 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,575.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $24,945.19 | Current Monthly Payment: | $690.00 |
| Paid to Trustee: | $1,997.77 | Arrearages: | $690.00 |
| Funds on Hand: | $632.04 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

