# EXHIBIT C



WARREN COUNTY - STATE OF NEW JERSEY
PATRICIA J. KOLB - WARREN COUNTY CLERK
413 SECOND STREET, BELVIDERE, NJ 07823

COUNTY CLERK'S RECORDING PAGE
**THIS PAGE IS PART OF THE DOCUMENT - DO NOT DETACH**

| | | | |
|---|---|---|---|
| RECEIPT No.: | 2011289555 | Recording Fee | 25.00 |
| Clerk: | HMG | Recording Fee Differ | 5.00 |
| Instr #: | 2011-377091 | Preservation Fee | 10.00 |
| Book/Pg: | 740 / 137 | Sub Total: | 40.00 |
| Rec Date: | 10/12/2011 08:46:53 AM | Total: | 40.00 |
| Doc Grp: | RAD | | |
| Descrip: | ASSIGNMENT OF MORTGAGE | | |
| Num Pgs: | 2 | | |

**** NOTICE: THIS IS NOT A BILL ****

| | |
|---|---|
| Party1: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Party2: | BANK OF NEW YORK MELLON BANK OF NEW YORK JPMORGAN CHASE BANK N A |



**Record and Return to:**
ELECTRONICALLY RECORDED BY SIMPLIFILE
TO BE RETURNED TO THE ADDRESS INDICATED ON THE DOCUMENT

| RECORDED | Bk: 740 Pg: 137 |
|---|---|
| Patricia J Kolb Warren Co Clerk | 10/12/2011 08:46:53 AM |
| BELVIDERE, NJ | Pages 2 |
| | ASSIGNMENT OF MORTGAGE |

Recorded
Oct 12 2011 08:46 AM
PATRICIA J. KOLB
WARREN COUNTY CLERK
BELVIDERE, NJ

This space for Recorder's use

Recording Requested By: Bank of America
Prepared By: Mary Ann Hierman
888-603-9011
450 E. Boundary St.
Chapin, SC 29036

When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

Property Address:
259 Silver Lake Rd
Blairstown, NJ 07825-4016
Property Location:
Township of FRELINGHUYSEN

MIN #:              MERS Phone #

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C whose address is 226 W MONROW ST 26FL, CHICAGO, IL 60670
all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender: COUNTRYWIDE BANK, N.A.
Borrower(s): KAREN LEESE
Date of Mortgage: 2/28/2006
Original Loan Amount: $100,000.00

Recorded in Warren County, NJ on: 3/30/2006, book 4355, page 44 and instrument number 2006-00276003

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 9-23-2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Barbara Nord Assistant Secretary

State of California
County of Ventura

ROUDABEH BEYGZADEH-ELIAS, NOTARY PUBLIC

On Sep. 28, 2011 before me, _____, Notary Public, personally appeared Barbara Nord, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____    (Seal)
My Commission Expires: June 4, 2015

ROUDABEH BEYGZADEH-ELIAS
Commission # 1939621
Notary Public - California
Los Angeles County
My Comm. Expires Jun 4, 2015