# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C

CASE NO. 18-21262 MBK
CHAPTER 13
Hearing Date:
Hearing Time:
Judge: Michael B. Kaplan

In re:

Karen Lambert aka Karen Leese

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED FEBRUARY 28, 2006

I, MarieJune Dauz, employed as Assistant Vice President by Bank Of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA") as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C, hereby certifies the following information:

Recorded on 03/30/2006 in Warren County, in Book 4355, at Page 44.

Property Address: 259 SILVER LAKE RD BLAIRSTOWN NJ 07825-4016.

Mortgage Holder: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C

Mortgagor(s)/ Debtor(s): Karen Lambert aka Karen Leese

POST-PETITION PAYMENTS (Petition filed on June 04, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Check or Money Order Number |
|---|---|---|---|---|---|
|  |  | To Suspense | $590.00 | 7/14/2018 |  |
|  |  | To Suspense | $590.00 | 8/22/2018 |  |
|  |  | To Suspense | $590.00 | 9/12/2018 |  |
| $1,203.72 | 06/25/2018 | 06/2018 | From Suspense | 9/12/2018 |  |
| $1,186.43 | 07/25/2018 | 07/2018 | $1,203.72 | 10/02/2018 |  |

| | | | | | |
|---|---|---|---|---|---|
| | | To Suspense | $637.43 | 11/29/2018 | |
| | | To Suspense | $722.23 | 12/24/2018 | |
| $1,229.24 | 08/25/2018 | 08/2018 | From Suspense | 12/24/2018 | |
| | | To Suspense | $722.23 | 01/24/2019 | |
| $1,229.24 | 09/25/2018 | 09/2018 | From Suspense | 01/24/2019 | |
| $1,211.13 | 10/25/2018 | 10/2018 | $1,269.21 | 03/04/2019 | |
| | | To Suspense | $1,208.52 | 03/25/2019 | |
| $1,248.36 | 11/25/2018 | 11/2018 | From Suspense | 03/25/2019 | |
| $1,229.43 | 12/25/2018 | 12/2018 | $1,261.44 | 04/25/2019 | |
| | | To Suspense | $1,236.92 | 06/04/2019 | |
| $1,246.34 | 01/25/2019 | 01/2019 | From Suspense | 06/04/2019 | |
| | | To Suspense | $1,250.26 | 06/24/2019 | |
| $1,269.21 | 02/25/2019 | 02/2019 | From Suspense | 06/24/2019 | |
| $1,208.52 | 03/25/2019 | 03/2019 | $1,225.81 | 07/24/2019 | |
| | | To Suspense | $1,238.66 | 08/28/2019 | |
| $1,261.44 | 04/25/2019 | 04/2019 | From Suspense | 08/28/2019 | |
| | | To Suspense | $1,233.34 | 10/04/2019 | |
| $1,236.92 | 05/25/2019 | 05/2019 | From Suspense | 10/04/2019 | |
| | | To Suspense | $1,188.35 | 10/25/2019 | |
| $1,250.26 | 06/25/2019 | 06/2019 | From Suspense | 10/25/2019 | |
| | | To Suspense | $1,176.58 | 12/24/2019 | |
| $1,225.81 | 07/25/2019 | 07/2019 | From Suspense | 12/24/2019 | |
| | | To Suspense | $1,133.90 | 01/06/2020 | |
| $1,238.66 | 08/25/2019 | 08/2019 | From Suspense | 01/06/2020 | |
| | | To Suspense | $1,146.72 | 01/24/2020 | |
| | | To Suspense | $1,139.13 | 03/18/2020 | |
| $1,233.34 | 09/25/2019 | 09/2019 | From Suspense | 03/18/2020 | |
| | | To Suspense | $1,104.33 | 04/02/2020 | |
| $1,188.35 | 10/25/2019 | 10/2019 | From Suspense | 04/02/2020 | |
| | | To Suspense | $1,130.13 | 04/30/2020 | |
| $1,176.58 | 11/25/2019 | 11/2019 | From Suspense | 04/30/2020 | |
| | | To Suspense | $983.41 | 06/02/2020 | |
| $1,133.90 | 12/25/2019 | 12/2019 | From Suspense | 06/02/2020 | |
| | | To Suspense | $990.74 | 07/13/2020 | |
| $1,146.72 | 01/25/2020 | 01/2020 | From Suspense | 07/13/2020 | |
| | | To Suspense | $976.68 | 09/01/2020 | |
| $1,139.13 | 02/25/2020 | 02/2020 | From | 09/01/2020 | |

| | | | Suspense | | |
|---|---|---|---|---|---|
| | | To Suspense | $984.74 | 10/02/2020 | |
| $1,104.33 | 03/25/2020 | 03/2020 | From Suspense | 10/02/2020 | |
| | | To Suspense | $983.43 | 10/09/2020 | |
| $1,130.13 | 04/25/2020 | 04/2020 | From Suspense | 10/09/2020 | |
| | | To Suspense | $971.55 | 10/22/2020 | |
| $983.41 | 05/25/2020 | 05/2020 | From Suspense | 10/22/2020 | |
| | | To Suspense | $976.13 | 01/20/2021 | |
| $990.74 | 06/25/2020 | 06/2020 | From Suspense | 01/20/2021 | |
| $976.68 | 07/25/2020 | 07/2020 | $1,935.96 | 01/26/2021 | |
| $984.74 | 08/25/2020 | 08/2020 | From Suspense | 01/26/2021 | |
| | | To Suspense | $961.23 | 02/19/2021 | |
| $983.43 | 09/25/2020 | 09/2020 | From Suspense | 02/19/2021 | |
| | | To Suspense | $937.54 | 03/24/2021 | |
| $971.55 | 10/25/2020 | 10/2020 | From Suspense | 03/24/2021 | |
| | | To Suspense | $972.90 | 04/23/2021 | |
| $976.13 | 11/25/2020 | 11/2020 | From Suspense | 04/23/2021 | |
| | | To Suspense | $950.59 | 06/04/2021 | |
| $963.69 | 12/25/2020 | 12/2020 | From Suspense | 06/04/2021 | |
| | | To Suspense | $938.92 | 06/23/2021 | |
| $972.27 | 01/25/2021 | 01/2021 | From Suspense | 06/23/2021 | |
| $961.23 | 02/25/2021 | 02/2021 | $963.46 | 07/23/2021 | |
| $937.54 | 03/25/2021 | 03/2021 | $950.48 | 08/23/2021 | |
| | | To Suspense | $947.44 | 09/26/2021 | |
| $972.90 | 04/25/2021 | 04/2021 | From Suspense | 09/26/2021 | |
| | | To Suspense | $935.35 | 10/23/2021 | |
| $950.59 | 05/25/2021 | 05/2021 | From Suspense | 10/23/2021 | |
| | | To Suspense | $931.90 | 11/26/2021 | |
| $938.92 | 06/25/2021 | 06/2021 | From Suspense | 11/26/2021 | |
| | | To Suspense | $937.92 | 12/26/2021 | |
| | | To Suspense | $933.69 | 02/12/2022 | |
| $963.46 | 07/25/2021 | 07/2021 | From Suspense | 02/12/2022 | |
| | | To Suspense | $930.87 | 03/08/2022 | |
| $950.48 | 08/25/2021 | 08/2021 | From Suspense | | |
| $947.44 | 09/25/2021 | | $0.00 | | |
| $935.35 | 10/25/2021 | | $0.00 | | |
| $931.90 | 11/25/2021 | | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| $937.92 | 12/25/2021 | | $0.00 | | |
| $933.69 | 01/25/2022 | | $0.00 | | |
| $930.87 | 02/25/2022 | | $0.00 | | |
| $903.22 | 03/25/2022 | | $0.00 | | |
| **Total Due:** | $ 49,725.34 | Amount Received: | $44,093.84 | **Arrears:** | $5,631.50 |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $ 947.44, 1 mo. X $ 935.35, 1 mo. X $ 931.90, 1 mo. X $ 937.92, 1 mo. X $ 933.69, 1 mo. X $ 930.87, 1 mo. X $903.22.
(Monthly payment+late charge)=$ 6,520.39*_____ as of March 25, 2022

Each current monthly payment is comprised of:
    Principal:          $ 667.77
    Interest:            $ 235.45**
    R.E. Taxes:      $
    Insurance:       $
    Late Charges    $ 0.00
    Other:              $_____ (Specify:_)
    TOTAL            $ 903.22

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notice of Payment Changes were filed on the following dates: 08/13/2018, 10/02/2018, 11/01/2018, 12/04/2018, 01/03/2019, 02/01/2019, 03/04/2019, 04/01/2019, 05/02/2019, 06/04/2019, 07/01/2019, 08/01/2019, 09/03/2019, 10/01/2019, 11/04/2019, 12/02/2019, 01/02/2020, 02/04/2020, 03/02/2020, 04/02/2020, 05/01/2020, 06/02/2020, 07/02/2020, 08/01/2020, 09/03/2020, 10/02/2020, 11/03/2020, 12/03/2020, 01/04/2021, 02/03/2021, 03/03/2021, 04/02/2021, 05/03/2021, 06/01/2021, 07/02/2021, 08/02/2021, 09/02/2021, 10/04/2021, 11/02/2021, 12/02/2021, 01/03/2022, 02/02/2022, 03/02/2022

PRE-PETITION ARREARS: N/A

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 4/14/2022

                                            Signature   MarieJune Dauz

\* The amount does not account for $888.89 in partial payments or amounts held in suspense.    Assistant Vice President, Bank of America
\** The interest amount varies by the number of days in each month.    N.A.