UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon, et al.

In Re:

Karen Lambert,

Debtor.

Case No.:     18-21262-MBK

Chapter:     13

Hearing Date:     6/8/2022

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Motion for Relief from Stay re: 259 Silver Lake Road (Docket # 75)

_____

Date: 6/3/2022                                        /s/ Denise Carlon
                                                       Signature

*rev.8/1/15*