Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21262−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Karen Lambert
  aka Karen Leese
  259 Silver Lake Road
  Blairstown, NJ 07825

Social Security No.:
  xxx−xx−2922

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 25, 2022.


Dated: August 26, 2022
JAN: ghm

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-21262-MBK

Karen Lambert  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Aug 26, 2022  Form ID: plncf13  Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Lambert, 259 Silver Lake Road, Blairstown, NJ 07825-4016 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517571214 | + | Cach of NJ, LLC, c/o Fein, Such, Kahn & Shepard, 7 Century Drive, Parsippany, NJ 07054-4603 |
| 517571215 | + | DITECH, PO Box 780, Waterloo, IA 50704-0780 |
| 517697882 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517571216 | | Ditech Financial LLC, Rapid City, Rapid City, SD 57709-6172 |
| 517571217 | + | First Hope Bank, 201 Route 94, Columbia, NJ 07832-2813 |
| 517571218 | + | RAS Citron Law Offices, 130 Clinton road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 20:51:00 | Bank of America, 4909 Savarese Circle, Tampa, Fl 33634-2413 |
| 517571212 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 20:51:00 | BAC Home Loan Serv LP, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517571213 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 20:51:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 518655275 | | Email/Text: mtgbk@shellpointmtg.com | Aug 26 2022 20:52:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655274 | | Email/Text: mtgbk@shellpointmtg.com | Aug 26 2022 20:52:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517698099 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2022 20:51:00 | The Bank of New York Mellon, et al, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | DITECH FINANCIAL LLC, PO Box 6154, Rapid City, SD 57709-6154 |

Case 18-21262-MBK   Doc 87   Filed 08/28/22   Entered 08/29/22 00:18:52   Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: plncf13 | Total Noticed: 16 |

518532693      ##+         DITECH FINANCIAL LLC, DITECH FINANCIAL LLC, P.O. BOX 12740, TEMPE AZ 85284-0046

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

**Name**           **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com

Denise E. Carlon
on behalf of Loss Mitigation Bank of America dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joan Sirkis Warren
on behalf of Debtor Karen Lambert joan@joanlaverylaw.com

Kevin Gordon McDonald
on behalf of Creditor HE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas V. Rogers
on behalf of Loss Mitigation DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Rosemarie Diamond
on behalf of Loss Mitigation DITECH FINANCIAL LLC miguel.zavala@fedphe.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11